CHARLES H. Ross, Respondent, *v.* MARION Ross, Appellant.

Argued May 21, 1943; decided June 18, 1943.

*Harold J. O'Keeffe* for appellant.

*James M. Noonan* for respondent.

Order affirmed, without costs. Question certified answered in the negative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.